# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

I, Brian E. Martin, being first duly sworn, do hereby depose and state that:

1. I have been a police officer for over twenty years, and I have received specialized training in several areas including: Computer Crimes Investigations, Child Pornography Investigations, and Child Exploitation Investigations in general. I am currently a Task Force Officer (TFO) with the Department of Homeland Security (HSI) and the Southwest Missouri Cyber Crimes Task Force (SWMCCTF). I have been involved in over one hundred investigations of the exploitation of children. I have written, executed, and assisted in over 100 search warrants on the state and federal level.

2. As a TFO, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The statements in this affidavit are based on my personal observations, my training and experience, my investigation of this matter, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth the facts that I believe are necessary to establish probable cause in support of a criminal complaint against Christopher Johnson (DOB 07/27/1978), for violation of Title 18, United States Code, Section 2422(b), that is, enticement and coercion of a child.

4. On July 31, 2015, TFO Martin, affiant, was contacted by Dade County Sheriff Max Huffman concerning an investigation he was conducting involving Christopher Johnson. Sheriff Huffman relayed that the investigation involved Johnson contacting young girls and exchanging pictures with them. Sheriff Huffman reported that he received a copy of Facebook messages between Johnson and a sixteen year-old minor female, P.P. (DOB 08/31/1998). Facebook is an online social media site that allows users to send private and public messages between registered users.

5. The Facebook conversations were discovered by P.P.'s sister. P.P. had used her sister's phone to utilize her Facebook account through the Facebook application. P.P. neglected to log out of her account when she gave the phone back to her sister. P.P.'s sister discovered the messages when she opened the Facebook application on her phone, and the messages between P.P. and Johnson were there. P.P.'s sister took screen shots of the messages and forwarded them to Sheriff Huffman.

6. TFO Martin was able to review the Facebook messages between P.P. and Johnson. In a conversation that occurred between July 29, 2015, and July 30, 2015, P.P. asked Johnson if they can do lots of sexual acts. P.P. then tells Johnson she is, "cumming hard," and to which Johnson replies by asking her to send a picture of that. P.P. then asks if Johnson will let her hump him, and tells him that she wants it up the "butt." She tells Johnson that she wants to, "hump something bad." Johnson tells her to come over. P.P. asks him, "now" and tells him that she is naked. Johnson tells her she can drive over naked, or just put a shirt on. P.P. tells Johnson she cannot come over right

now, and he suggests she sneak out. P.P. tells Johnson that she thought he had his sons, and Johnson tells her that he does, but they are in bed asleep. P.P. tells Johnson that she could probably get out the following night. Johnson tells P.P. his children will be there the next night also, but they go to bed at 10:00 p.m.

7. On September 1, 2015, affiant sought and obtained a search warrant from the Dade County Circuit Court to search the residence of Johnson. On September 2, 2015, the search warrant was executed at Johnson's residence located in Greenfield, Dade County, Missouri. Johnson was present at the residence during the execution of the search warrant. Johnson was advised of his *Miranda* rights, and he agreed to waive those rights and speak with law enforcement. Affiant and HSI Special Agent James Holdman interviewed Johnson. Johnson admitted to conversing with P.P. through Facebook Messenger. Johnson admitted to engaging in sexual contact with P.P. at his residence in Greenfield, Dade County, Missouri. Johnson advised he performed oral sex on P.P. and P.P. performed oral sex on him. Johnson said he was not sure when the sexual acts occurred, but believed it was between four and seven months prior to September 1, 2015.

8. Johnson also admitted to exchanging messages, using Facebook Messenger and cell phone text messages, with another female, fourteen year-old minor A.M. (DOB 02/28/2000). Johnson admitted those messages were also sexual in nature.

9.      Based on the forgoing, Affiant submits there is probable cause in support of a criminal complaint against Christopher Johnson, for violation of Title 18, United States Code, Section 2422(b), enticement and coercion of a child.

  /s/ Brian E. Martin_____
Brian E. Martin
HSI Task Force Officer

Subscribed and sworn before me this 2nd day of September, 2015.

 /s/ David P. Rush_____
David P. Rush
United States Magistrate Judge
Western District of Missouri

4