IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-CR-03094-01-SRB |
| | ) | |
| CHRISTOPHER L. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Defendant Christopher L. Johnson's *pro se* Motion for Reconsideration for Cause. (Doc. #65.) For the reasons stated below, the motion is denied.

In his instant motion, Defendant Johnson states that mailing delays prohibited him from timely filing a reply brief in support of his motion for compassionate release (Doc. #59) and thus deprived him of the opportunity to counter the Government's arguments. Defendant Johnson first asks the Court to "reject the Government's position that he has not demonstrated extraordinary and compelling reasons warranting reduction and that he remains a danger to the community." (Doc. #65, p. 9.) Defendant Johnson additionally states that "[t]hese issues can only independently be determined by the [C]ourt through a hearing" and he asks the Court "to appoint counsel, brief the issues, and conduct a hearing" or, in the alternative, "grant his request for compassionate release." (Doc. #65, p. 9.)

Whether construed as a new motion for compassionate release or reconsideration of his original motion, Defendant Johnson's requested relief is denied. Aside from a cursory reference to recent infection rates at the facility where he is incarcerated, Defendant Johnson largely reasserts the same arguments that were previously considered and resolved in the Court's October 5, 2020

Order (Doc. #61). Defendant Johnson does not attach new evidence to his motion, fails to show that the Court committed an error of fact or law in its prior Order, and fails to demonstrate an extraordinary and compelling reason to reduce his sentence. Upon review of the record, the Court again finds that Defendant Johnson's age and apparent health conditions do not rise to the level of extraordinary and compelling circumstances, nor is Defendant Johnson's release warranted under the 18 U.S.C. § 3553(a) factors.

Accordingly, it is **ORDERED** that Defendant Johnson's *pro se* Motion for Reconsideration for Cause (Doc. #65) is DENIED. Additionally, Defendant Johnson's request for the appointment of counsel and a hearing on this matter is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: January 25, 2021